**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EDWARD BRIAN BEDWELL**                                                                                          **PLAINTIFF**

v.                                   Case. No. 1:14-cv-00058 KGB

**ROBBIE STEWART, et al.**                                                                                           **DEFENDANTS**

**ORDER**

Plaintiff Edward Brian Bedwell filed this lawsuit *pro se* while he was an inmate at the Jackson County Detention Center (Dkt. No. 1).  Because he had neither paid the statutory filing fee nor submitted an application to proceed *in forma pauperis*, on June 2, 2014, the Court ordered him to submit one or the other within 30 days (Dkt. No. 2).  Mr. Bedwell was warned that his case could be dismissed if he did not comply with the Court's Order.

Based on what the Clerk and Court have received and docketed, Mr. Bedwell has not complied with the Court's June 2, 2014, Order, and the time allowed for doing so has passed. Accordingly, Mr. Bedwell's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to prosecute and comply with a Court Order.  The Clerk is directed to close this case.

IT IS SO ORDERED this 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE