IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDWARD BRIAN BEDWELL**                                                                 **PLAINTIFF**

v.                          Case. No. 1:14-cv-00058 KGB

**ROBBIE STEWART, et al.**                                                              **DEFENDANTS**

## ORDER

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

IT IS SO ADJDUGED this 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE